```
CLERK'S OFFICE U.S. DIST. COURT
       AT ROANOKE, VA
             FILED
         JUN 07 2006
     JOHN F. CORCORAN, CLERK
     BY:
            DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| STEVEN A. BURNETTE, )<br>　　　　Plaintiff, ) | Civil Action No. 7:06-cv-00340 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| UNITED STATES OF AMERICA, )<br>　　　　Defendant. ) | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

that this action, conditionally filed as a civil rights action, pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971), shall be and hereby is **DISMISSED** without prejudice; the clerk shall remove the pleadings from this case file and docket them in Case No. 7:99-cr-00109 as a motion for compassionate release/motion for reduction of sentence; and this <u>Bivens</u> action is hereby closed and stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 6th day of June, 2006.

　　　　　　　　　　　　　　　　/s/ James C. Turk
　　　　　　　　　　　　　　　　Senior United States District Judge